UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

OWEN CALDWELL,

    Plaintiff,

v.                                                                                         Hon. Paul L. Maloney

COMMISSIONER OF SOCIAL SECURITY,                      Case No. 1:18-cv-00313

    Defendant.
_____/

## REPORT AND RECOMMENDATION

    This action was initiated on March 21, 2018.  Plaintiff, proceeding pro se, was granted leave to proceed *in forma pauperis* and the U.S. Marshal completed service.  Defendant answered and filed the administrative proceedings transcript.  A notice setting the briefing schedule issued, indicating the due date of June 27, 2018 for Plaintiff's initial brief.  (ECF No. 9).   Plaintiff failed to file his initial brief.  An order to show cause issued, allowing Plaintiff until August 1, 2018 to respond.  (ECF No. 13).  Plaintiff failed to respond.

    As such, the undersigned hereby recommends that this matter be dismissed pursuant to Fed. R. Civ. P. 41(b) and W.D.Mich. LCivR. 41.1 for want of prosecution and failure to comply with the rules and orders of this court.  Timely objections to this Report and Recommendation shall be considered plaintiff's opportunity to show cause why this matter should not be dismissed.

Dated: August 7, 2018                                           /s/ Ellen S. Carmody_____
                                                                                                    ELLEN S. CARMODY
                                                                                                    U.S. Magistrate Judge

2

OBJECTIONS to this Report and Recommendation must be filed with the Clerk of Court within 14 days of the date of service of this notice.  28 U.S.C. § 636(b)(1)(C).  Failure to file objections within the specified time waives the right to appeal the District Court's order.  *Thomas v. Arn*, 474 U.S. 140, 155 (1985); *United States v. Walters*, 638 F.2d 947, 949-50 (6th Cir. 1981).