UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

OWEN CALDWELL,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.
_____/

Case No. 1:18-cv-313

HONORABLE PAUL L. MALONEY

## **JUDGMENT**

In accordance with the Order entered this date:

**IT IS HEREBY ORDERED** that the decision of the Commissioner of Social Security is AFFIRMED.

Dated: December 19, 2018                    /s/ Paul L. Maloney
                                                                           Paul L. Maloney
                                                                               United States District Judge